1018

## TRAVELERS MUTUAL CASUALTY CO., Appellant, v. W. J. SKEER.
### No. 11320.

Circuit Court of Appeals, Eighth Circuit.

June 6, 1939.

Emmet H. Gamble, of Kansas City, Mo., and Howard L. Bump, of Des Moines, Iowa, for appellant.

Harry Terte, Jules E. Kohn, and Ringolsky, Boatright & Jacobs, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal, 24 F.Supp. 805, dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, on motion of appellant and stipulation of parties.

---

## Samuel Epes TURNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.
### No. 11482.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

A. W. Clapp, Charles W. Briggs, and Wayne C. Gilbert, all of St. Paul, Minn., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and C. E. Lowery, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals for further proceedings, per stipulation of party.

---

## UNION SIMPLEX TRAIN CONTROL CO., Inc., Defendant-Appellant, v. GENERAL RAILWAY SIGNAL COMPANY, Plaintiff-Appellee.
### No. 7093.

Circuit Court of Appeals, Third Circuit.

Nov. 21, 1939.

Theodore W. Miller, of Chicago, Ill., for appellant.

Hugh M. Morris, of Wilmington, Del., and Clifton V. Edwards, of New York City, for appellee.

Before MARIS, CLARK and JONES, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed for the reasons satisfactorily set forth in the opinions of Judge Nields, D. C., 23 F.Supp. 667, D. C., 26 F.Supp. 325.

---

## UNITED STATES of America v. Ada L. AMES et al.
### No. 1991.

Circuit Court of Appeals, Tenth Circuit.

Oct. 13, 1939.

Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl.

Grimstead, Scott, Hamilton, Gross & Howard, of Pawhuska, Okl., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.